No. 810. JOY CHEMICAL CO. *v.* MOSS, SUPERVISOR OF PERMITS, ET AL; and

No. 811. SELKOW *v.* CAMPBELL, FORMER FEDERAL PROHIBITION ADMINISTRATOR, ET AL. April 27, 1931. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles Dickerman Williams* and *John Fletcher Caskey* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Mahlon D. Kiefer,* and *Paul D. Miller* for respondents.